# Exhibit B



Stephens
Capitalize on Independence℠

# INVOICE

June 7, 2018

Mr. Peter Kalen
Flexiti Financial Inc.
85 Richmond Street West, Suite 800
Toronto, ON M5H 2C9

Account # 365226

| | |
|---|---|
| Success Fee | $2,700,000.00 |
| Plus: Expenses | 11,100.82 |
| **Total Due** | **$2,711,100.82** |

Wiring Instructions:

| | |
|---|---|
| Bank: | Bank of America – Little Rock |
| Account Name: | Stephens Inc. |
| Account Number: | 000089203828 |
| ABA Number: | 0260-0959-3 |
| FFC: | Project "ALOE" (#365226) |

Stephens Inc. | 3344 Peachtree Road | 404-461-5100 t | www.stephens.com
Investment Banking | Suite 1650 | 404-461-5135 f |
 | Atlanta, GA 30326 | |



EXHIBIT B